# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAURA PATRICIO-BELLIZZI AND
HOLLI JEAN GARRETSON, IN THEIR
CAPACITIES AS CO-
ADMINISTRATORS OF THE ESTATE
OF ANGELINA Q. SHADEN,
Appellants,
vs.
NORMA HILL; AND JENNIFER HILL,
Respondents.

No. 81634

FILED

NOV 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order granting a motion to change venue.[1] Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Respondents filed a demand for a change of venue, but the demand contained two typographical errors. Less than a month later, and before the demand and motion for a change of venue were heard, respondents filed an amended demand for a change of venue, which corrected the typographical errors. The district court granted the change of venue and appellants now appeal.

Respondents' demand for a change of venue was timely filed, *see* NRS 13.050(1)(a) (requiring a defendant seeking a change in venue to file a demand before the time to answer has expired), and preceded respondents' motion for a change of venue, *see Nevada Transit Co. v. Harris Brothers Lumber Co.*, 80 Nev. 465, 468-69, 396 P.2d 133, 134 (1964) (explaining that a motion for a change of venue does not meet the

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

20-41552

requirement that a written demand for a change of venue be filed). While the demand contained two typographical errors, those errors were quickly corrected. *See Tunnicliff v. Holmes*, 232 P. 148, 149 (Cal. Dist. Ct. App. 1924) (concluding that a typographical error in a demand for a change of venue did not defeat the demand). Thus, we conclude the district court did not err in granting the motion to change venue. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:     Hon. Trevor L. Atkin, District Judge
        John Walter Boyer, Settlement Judge
        Law Offices of Raffi A. Nahabedian
        Snell & Wilmer, LLP/Las Vegas
        Swanson, Belanger, and Plimpton
        Eighth District Court Clerk